IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID D. EBBEN,

    Plaintiff,

                              Case No.  25-cv-124-wmc

    v.

REBECCA LYNN ROERICH,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant against the plaintiff dismissing this case with prejudice for failure to state a claim.

/s/ Deputy Clerk                                     6/08/2026

    Joel Turner, Clerk of Court                         Date